UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA, ex rel.,
JASON W. NICKELL,

                  Plaintiffs,                                  09-CV-0203(S)

      -v-

MEDTRONIC, INC., ST. JUDE
MEDICAL, INC. AND BOSTON SCIENTIFIC
CORPORATION,

                  Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the federal Rules of Civil procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the January 14, 2015 Settlement Agreement among the United States, Medtronic, Inc., and Relator Jason Nickell (the "Settlement Agreement"), the United States and Relator hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all claims asserted on behalf of the United States against Medtronic concerning the Covered Conduct as defined in Preamble Paragraph D of the Settlement Agreement; and (2) dismissing without prejudice to the United States and with prejudice to Relator as to all other claims against Medtronic, Inc.

Additionally, Relator seeks to voluntarily dismiss without prejudice to the United States or Relator all claims against St. Jude Medical, Inc. and Boston Scientific Corporation, and the United States consents to such dismissal under 31 U.S.C. § 3730(b)(1).

1

Relator, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement under to 31 U.S.C. § 3730(c)(2)(B).

The United States and Relator respectfully request that the Court enter an order in the form of the attached, proposed order.

DATED this 22ᵈ day of January, 2015.

Respectfully submitted,

FOR THE UNITED STATES:

JOYCE R. BRANDA
Acting Assistant Attorney General


JAMES P. KENNEDY
Attorney for the United States
Acting Under Authority Conferred
by 28 U.S.C. § 515

BY: _____
GRETCHEN L. WYLEGALA
Assistant United States Attorney
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5822


MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
COLIN M. HUNTLEY
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station

2

Washington, D.C.   20044
Tel:   (202) 353-8190
Fax:   (202) 305-4117


FOR RELATOR:                 BY:   _Daniel Ross_____

DANIEL ROSS
Ross Law Group, P.C.
1104 San Antonio Street
Austin, Texas 78701

WM. PAUL LAWRENCE, II.
Waters & Kraus, LLP
37163 Mountville Rd.
Middleburg, VA 20117


DATED:        January 22, 2015

AT:           Buffalo, New York

3

## CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing Stipulation of Dismissal have been served by

Certified Mail, Return Receipt Requested, this 22nd day of January, 2015, on:

GREGORY M. LUCE
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C.   20005-2111

Counsel for Medtronic, Inc.
DANIEL ROSS
Ross Law Group, P.C.
1104 San Antonio Street
Austin, Texas 78701
Counsel for Jason Nickell

WM. PAUL LAWRENCE, II.
Waters & Kraus, LLP
37163 Mountville Rd.
Middleburg, VA 20117
Counsel for Jason Nickell

_Jessica A. Rogers_
Jessica A. Rogers
Paralegal

4